FORD & HARRISON LLP
David L. Cheng, Bar No. 240926
dcheng@fordharrison.com
Jennifer S. McGeorge, Bar No. 221679
jmcgeorge@fordharrison.com
350 South Grand Avenue, Suite 2300
Los Angeles, CA  90071
Telephone: 213-237-2400
Facsimile:  213-237-2401

Attorneys for Defendant
LINCARE HOLDINGS INC.

APPROVED
Judge Susan van Keulen

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAZ CARINO,<br><br>          Plaintiff,<br><br>v.<br><br>LINCARE HOLDINGS INC., a Delaware corporation; LINCARE INC., a Delaware corporation; and DOES 1 through 30, inclusive,<br><br>          Defendants. | Case No.  5:22-cv-00244-SVK<br><br>**JOINT STIPULATION TO DISMISS DEFENDANT LINCARE HOLDINGS INC. FROM ACTION** |

Plaintiff PAZ CARINO ("Plaintiff") and Defendant LINCARE HOLDINGS, INC. ("LHI") (hereinafter collectively referred to as "the Parties"), by and through their respective attorneys of record, hereby stipulate and agree as follows:

**RECITALS**

WHEREAS, on November 5, 2021, Plaintiff filed a Complaint against Defendants Lincare Inc. and Lincare Holdings Inc. ("Defendants") in the Santa Clara County Superior Court, entitled *Paz Carino, an individual v. Lincare Holdings Inc., a Delaware corporation; Lincare Inc., a Delaware corporation; and Does 1 through 30,* Santa Clara County Superior Court, Case No. 21CV391147 [hereinafter "Complaint"];

WHEREAS, the Complaint is an employment action wherein Plaintiff alleges

causes of action against LHI and Lincare Inc. for: (1) Disability/Medical Condition Discrimination; (2) Failure to Take Reasonable Steps to Prevent Discrimination and Retaliation; (3) Wrongful Termination; (4) Unfair Business Practices; and (5) Failure to Provide Personnel File and Payroll Records;

WHEREAS, on January 13, 2022, Defendant LHI, without waiving any of its rights, removed the Complaint and the action to this Court;

WHEREAS, on January 20, 2022, Defendant LHI filed a motion to dismiss LHI from this action for lack of personal jurisdiction, which is pending before this Court and scheduled to be heard on March 1, 2022;

WHEREAS, counsel for the Parties have met and conferred concerning the status of LHI as a named Defendant in this action, and dismissal of LHI as a Defendant in this action for the reasons expressed in LHI's pending motion to dismiss.

## **STIPULATION**

NOW THEREFORE, the Parties hereby stipulate and agree as follows:

1. Plaintiff agrees, and hereby requests, that this Court dismiss Defendant LHI as a Defendant in this action, with prejudice, for lack of personal jurisdiction against LHI;

2. The pending motion to dismiss filed by LHI shall therefore be taken off calendar as moot.

**IT IS SO STIPULATED.**

Dated: January 28, 2022          Respectfully submitted,

                                 FORD & HARRISON LLP


                                 By: */s/ Jennifer S. McGeorge*
                                    David L. Cheng
                                    Jennifer S. McGeorge
                                    Attorneys for Defendant
                                    LINCARE HOLDINGS INC.

Dated: January 28, 2022

LAW OFFICE OF EDWARD ANTONINO

By: */s/ Edward Antonino*
Edward Antonino
Attorney for Plaintiff
PAZ CARINO

**Certification of Compliance with N.D. Cal. L.R. 5-1(h)**

I hereby certify that pursuant to N.D. Cal. L.R. 5-1(h), I have obtained the authorization from each of the above signatories to file the above-referenced document, and that the above signatories concur in and authorize the filing's content. I certify under penalty of perjury under the laws of the state of California and the United States of America that the foregoing is true and correct.

Executed on January 28, 2022 at Los Angeles, California.

FORD & HARRISON, LLP

By: */s/ Jennifer S. McGeorge*
Jennifer S. McGeorge
Attorneys for Defendant,
LINCARE HOLDINGS INC.