1  FORD & HARRISON LLP
   David L. Cheng, Bar No. 240926
2  dcheng@fordharrison.com
   Jennifer S. McGeorge, Bar No. 221679
3  jmcgeorge@fordharrison.com
   350 South Grand Avenue, Suite 2300
4  Los Angeles, CA  90071
   Telephone: 213-237-2400
5  Facsimile:  213-237-2401

6  Attorneys for Defendant
   LINCARE INC.

7
   LAW OFFICES OF EDWARD ANTONINO
8  Edward Antonino, Bar No. 213908
   ea@ca-workers-rights.com
9  15760 Ventura Blvd., Suite 700
   Encino, CA 91436-3016
10 Telephone: (818) 995-9477

11 Attorney for Plaintiff
   PAZ CARINO

12

13                UNITED STATES DISTRICT COURT

14               NORTHERN DISTRICT OF CALIFORNIA

15

16 PAZ CARINO,                          Case No. 5:22-cv-00244-SVK

17               Plaintiff,             [PROPOSED] ORDER APPROVING
                                        JOINT STIPULATION TO DISMISS
18 v.                                   ENTIRE ACTION WITH
                                        PREJUDICE
19 LINCARE HOLDINGS INC., a
   Delaware corporation; LINCARE
20 INC., a Delaware corporation; and
   DOES 1 through 30, inclusive,
21
                 Defendants.
22

23

24

25

26

27

28

FORD & HARRISON
     LLP
ATTORNEYS AT LAW
  LOS ANGELES

1    Having read and considered the document entitled "Joint Stipulation For

2    Dismissal of Entire Action With Prejudice," filed jointly by Plaintiff Paz Carino

3    and Defendant Lincare Inc. (hereinafter collectively referred to as "the Parties"),

4    and for good cause shown, IT IS SO ORDERED THAT:

5         1.    The entire action is dismissed with prejudice.

6         2.    The Parties are to bear their own attorney's fees and costs.

7

8

9    Dated:   March 29        , 2022        _____

10                                          Magistrate Judge Susan van Keulen

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FORD & HARRISON
LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -

[PROPOSED] ORDER APPROVING JOINT
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE